IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| vs. | * | CR. NO. 09-00278-CG |
| SUSAN TODD TILLMAN, | * | |
| Defendant. | * | |

**ORDER**

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby AMENDS <u>nunc pro tunc</u> Sheet 5, Part A of the judgment which was entered in the above styled case on June 30, 2010, to read as follows:

| Name and Address of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| Regions Bank<br>P.O. Box 109<br>Mobile, AL 36601 | | $43,382.61 | |
| TOTAL: | $ | $43,382.61 | |

If applicable, restitution amount ordered pursuant to plea agreement.  $<u>43,382.61</u>

**DONE and ORDERED** this 7th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE